# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EUGENE G. WALTON,

    Petitioner,

-vs-                                          Case No.  8:12-CV-1765-T-30EAJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's supplemental memorandum of law, filed on November 15, 2012 (Dkt. 9), in which Petitioner raises additional argument in support of some of the claims raised in his federal habeas petition.  Petitioner previously filed a memorandum of law in support of his petition (see Dkt. 2). Subsequently, on October 10, 2012, the Court ordered Respondent to show cause why the petition should not be granted (see Dkt. 8).

Local Rule 3.01 states in pertinent part:

    (a) In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages.

    (b) Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages.

(c) No party shall file any reply *or further memorandum directed to the motion* or response allowed in (a) and (b) unless the Court grants leave.

(emphasis added).

Petitioner did not request leave of court prior to filing the supplemental memorandum. Moreover, piecemeal litigation is disfavored. Petitioner, therefore, will be granted leave to file an amended memorandum of law. Petitioner is advised that the amended memorandum will completely supersede the original memorandum (Dkt. 2), and the Court will not consider the original memorandum if Petitioner files an amended memorandum.

Accordingly, the Court **ORDERS** that:

1. Petitioner's supplemental memorandum of law (Dkt. 9) is **STRICKEN**. The **Clerk** shall return the supplemental memorandum of law to Petitioner with his copy of this Order.

2. Petitioner may, on or before **December 19, 2012**, file an amended memorandum of law **that does not exceed thirty (30) pages**.

3. On or before **January 18, 2013**, Respondent shall file a response to the federal habeas petition, and show cause why the petition should not be granted. At that time, Respondent shall also file with the Court the appendix of exhibits in support of the response.

4. On or before **February 17, 2013**, Petitioner may file a reply **that does not exceed twenty (20) pages**.

5. The **Clerk** of the Court is directed to send a copy of this Order to Respondent, including the Attorney General of the State of Florida. A copy of this Order shall also be served on the Petitioner.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Respondent
Attorney General, State of Florida